FILED

2005 Sep-28  PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

VALENCIA CARTER,                        )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )            Case No.  1:04-cv-3066-TMP
                                        )
ROBERT O. LEE, LOGAN MARTIN             )
HOME CENTER, and LONG BEACH             )
MORTGAGE COMPANY, INC.,                 )
                                        )
            Defendants.                 )

## <u>MEMORANDUM OPINION</u>

The magistrate judge filed his report and recommendation on September 9, 2005, recommending that the motions to dismiss filed by the defendants be granted.   Later, on September 19, 2005, the plaintiff and defendant Long Beach Mortgage Company, Inc., filed a joint stipulation pro tanto of the claims against Long Beach.  To date, no objections to the report and recommendation have been filed even though more than eleven days has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendation of the magistrate judge.  By separate order, the court will DISMISS WITH PREJUDICE this action.

DONE this 28th day of September, 2005.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE